**Maurice E. Thoele, Appellant, v. S. H. Mazel and Helen Mazel, d/b/a Mazel and Company; Superior Paint Stores, Inc., William Thoele, d/b/a Atomic Venetian Blind Service, Defendants, Phillip G. Burgiegi, d/b/a Elm Die Cutting, Appellee.**

Gen. No. 46,702.

First District, Third Division.
December 14, 1955.
Rehearing denied January 3, 1956.
Released for publication January 26, 1956.

Casimir W. Wachowski, and M. C. Zacharias, for appellant; Casimir R. Wachowski, M. C. Zacharias, and William M. Daemicke, of counsel; McNamara, Voigt, Green & Nordstrand, for appellee; Charles D. Snewind, of counsel. Opinion by JUDGE FEINBERG. **Not to be published in full.**